IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-205-D

| | |
|---|---|
| EDGAR SANTOS-CARDENAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ETERNAL SUNSHINE CAFÉ, LLC, ) | |
| and MICHAEL PELLEGRINO, ) | |
| ) | |
| Defendants. ) | |

The court DENIES as moot defendants' motion to dismiss the complaint [D.E. 9]. The amended complaint is the operative complaint.

SO ORDERED. This _2_ day of May, 2022.

JAMES C. DEVER III
United States District Judge