UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDGAR SANTOS CARDENAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 7:21-CV-205-D** |
| Eternal Sunshine Café, LLC, and MICHAEL PELLEGRINO, | ) ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for judgment on the pleadings [D.E. 24] and DISMISSES as moot plaintiff's motion for collective action certification [D.E. 18].

**This Judgment Filed and Entered on February 3, 2023, and Copies To:**

| | |
|---|---|
| Nathaniel Robert Ulmer | (via CM/ECF electronic notification) |
| William Cory Reiss | (via CM/ECF electronic notification) |
| Norwood P. Blanchard, III | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

February 3, 2023  (By) /s/ Nicole Sellers

Deputy Clerk